# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk        September 29, 2022        TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

Mr. Roger A.G. Sharpe, Clerk
United States District Court for the
Southern District of Indiana
101 Northwest Martin Luther King Boulevard
Evansville, IN 47708

Dear Mr. Sharpe:

    RE:   MDL Docket No. 2570; In Re COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

    NCMD 1:22-cv-00765: FLOWERS v. COOK GROUP, INC et al

    Pursuant to a certified copy of Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation filed in this office on September 29, 2022, we are transferring the above-entitled action to your court.

    By copies of this letter to counsel, we are notifying them of the transfer and the requirement that all future pleadings are to be filed with the United States District Court for the Southern District of Indiana.

                                                   Sincerely,

                                               JOHN S. BRUBAKER, CLERK

                                               By:    /s/Alexis Bowers
                                                         Deputy Clerk

JSB/dsl

cc:    Mr. Michael J. Beck, Clerk
        All Counsel of Record